UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § §

MYERS, SHIRLEY A. § Case No. 10-11453 §

Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          Kenneth Gardner
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/01/2011 in Courtroom 644,

          United States Courthouse
          219 South Dearborn Street
          Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner_____
                                                         Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MYERS, SHIRLEY A. § Case No. 10-11453
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 274,000.85 |
| and approved disbursements of | $ | 249,726.53 |
| leaving a balance on hand of[1] | $ | 24,274.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Trustee Expenses: Phillip D. Levey | $ 75.30 | $ 0.00 | $ 75.30 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 11,766.00 | $ 0.00 | $ 11,766.00 |

Total to be paid for chapter 7 administrative expenses    $    16,841.30
Remaining Balance    $    7,433.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,598.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 6,036.23 | $ 0.00 | $ 1,193.34 |
| 000002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,147.50 | $ 0.00 | $ 2,006.12 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 21,414.54 | $ 0.00 | $ 4,233.56 |

Total to be paid to timely general unsecured creditors     $    7,433.02

Remaining Balance     $    0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
                  Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Shirley A. Myers  
    Debtor

Case No. 10-11453-PSH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: driddick     Page 1 of 1     Date Rcvd: Aug 15, 2011
                       Form ID: pdf006    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2011.
```
db           Shirley A. Myers,   6934 N Mendota Ave,   Chicago,, IL  60646-1326
aty         +Robert William Maucker,   R.W. Maucker, P.C.,   6904 W. Cermak Road,   Berwyn, IL 60402-2244
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
15268267     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
16362119     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15268268     Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
15268270     Target National Bank,   c/o Target Credit Services,   P.O. Box 59317,
              Minneapolis, MN 55459-0317
15268266    +Wells Fargo Home Mortgage,   P.O. Box 6000,   Fort Mill, SC 29716-1930
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16300903      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2011 01:35:49
               American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
15268269      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 16 2011 01:45:59      Discover Financial Services,
               P.O. Box 15316,   Wilmington, DE 19850-5316
16307136      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 16 2011 01:45:59      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                             TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
aty*        +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2011**                        **Signature:** _/s/ Joseph Speetjens_