UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MYERS, SHIRLEY A. § Case No. 10-11453
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shirley A. Myers |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 Wells Fargo Home Mortgage P.O. Box 6000 Fort Mill SC 29715-6000 |  |  |  |  |  |
|  | WELLS FARGO HOME MORTGAGE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| GREATER ILLINOIS TITLE COMPANY | | | | | |
| HOME WARRANTY OF AMERICA | | | | | |
| LANDMARK ENGINEERING | | | | | |
| TUAN LAI AND NGA DU | | | | | |
| VILLAGE OF LINCOLNWOOD | | | | | |
| COOK COUNTY COLLECTOR | | | | | |
| COOK COUNTY COLLECTOR | | | | | |
| GREATER ILLINOIS TITLE COMPANY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| @PROPERTIES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Chase P.O. Box 15298 Wilmington DE 19850-5298 | | | | | |
| | Creditor # : 2 Citi P. O. Box 6241 Sioux Falls SD 57117-6241 | | | | | |
| | Creditor # : 3 Discover Financial Services Post Office Box 15316 Wilmington DE 19850-5316 | | | | | |
| | Creditor # : 4 Target National Bank c/o Target Credit Services P.O. Box 59317 Minneapolis MN 55459-0317 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-11453 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MYERS, SHIRLEY A. | | | Date Filed (f) or Converted (c): | 03/17/10 (f) |
| | | | | 341(a) Meeting Date: | 04/30/10 |
| For Period Ending: | 08/10/11 | | | Claims Bar Date: | 01/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Residence located at 4001 West Estes Aven | 195,000.00 | 85,000.00 | | 24,273.47 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Bank Account | 1,650.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. General Household Goods Location: In debtor's poss | 750.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Personal Clothing Location: In debtor's possession | 2,500.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. 1995 Honda Accord Location: In debtor's possession | 2,500.00 | 100.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.85 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $202,400.00 $85,100.00 $24,274.32 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12    Current Projected Date of Final Report (TFR): 06/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 7)

Ver: 16.02b

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-11453 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MYERS, SHIRLEY A. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5795 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0414 | | |
| For Period Ending: | 11/04/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/19/11 | 1 | Greater Illinois Title Company | Sale of Real Estate | | 24,273.47 | | 24,273.47 |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount: 274,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | WELLS FARGO HOME MORTGAGE | Memo Amount: ( 207,685.08 ) | 4110-000 | | | |
| | | | First Mortgage Pay-Off | | | | |
| | | MYERS, SHIRLEY A. | Memo Amount: ( 15,000.00 ) | 8100-002 | | | |
| | | | Homestead Exemption | | | | |
| | | @PROPERTIES | Memo Amount: ( 16,440.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount: ( 411.00 ) | 2820-000 | | | |
| | | | Transfer Taxes | | | | |
| | | TUAN LAI AND NGA DU | Memo Amount: ( 1,000.00 ) | 2500-000 | | | |
| | | | Buyers' Credit Per Court Order | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount: ( 5,473.80 ) | 2820-000 | | | |
| | | | 2010 Tax Proration Credit | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount: ( 989.70 ) | 2820-000 | | | |
| | | | 2011 Tax Proration Credit | | | | |
| | | LANDMARK ENGINEERING | Memo Amount: ( 320.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | HOME WARRANTY OF AMERICA | Memo Amount: ( 450.00 ) | 2500-000 | | | |
| | | | Home Warranty | | | | |
| | | VILLAGE OF LINCOLNWOOD | Memo Amount: ( 73.95 ) | 2500-000 | | | |
| | | | Water Certification | | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount: ( 1,883.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| 03/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 24,273.52 |
| 04/29/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.19 | | 24,273.71 |
| 05/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.21 | | 24,273.92 |

Page Subtotals  24,273.92  0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-11453 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MYERS, SHIRLEY A. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5795  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0414 | | | |
| For Period Ending: | 11/04/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,274.12 |
| 07/29/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,274.32 |
| 08/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.21 | | 24,274.53 |
| 09/19/11 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 24,274.65 |
| t 09/19/11 | | Transfer to Acct #*******5960 | Final Posting Transfer | 9999-000 | | 24,274.65 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 274,000.00 | COLUMN TOTALS | 24,274.65 | 24,274.65 | 0.00 |
| | Memo Allocation Disbursements: | 249,726.53 | Less:  Bank Transfers/CD's | 0.00 | 24,274.65 | |
| * Reversed | | | Subtotal | 24,274.65 | 0.00 | |
| t Funds Transfer | Memo Allocation Net: | 24,273.47 | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 24,274.65 | 0.00 | |

Page Subtotals        0.73        24,274.65

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-11453 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MYERS, SHIRLEY A. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5960 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0414 | | | |
| For Period Ending: | 11/04/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 09/19/11 | | Transfer from Acct #*******5795 | Transfer In From MMA Account | 9999-000 | 24,274.65 | | 24,274.65 |
| 09/20/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 5,000.00 | 19,274.65 |
| 09/20/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 75.30 | 19,199.35 |
| 09/20/11 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 11,766.00 | 7,433.35 |
| 09/20/11 | 000104 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 19.77045% | 7100-000 | | 1,193.39 | 6,239.96 |
| 09/20/11 | 000105 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 19.77049% | 7100-000 | | 2,006.21 | 4,233.75 |
| 09/20/11 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 19.77045% | 7100-000 | | 4,233.75 | 0.00 |
| | | | | Page Subtotals | 24,274.65 | 24,274.65 | |

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-11453 -PSH |
| Case Name: | MYERS, SHIRLEY A. |
| Taxpayer ID No: | *******0414 |
| For Period Ending: | 11/04/11 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5960 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 24,274.65 | 24,274.65 | 0.00 |
| * Reversed | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 24,274.65 | 0.00 | |
| t Funds Transfer | | | Subtotal | 0.00 | 24,274.65 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 24,274.65 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 274,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 249,726.53 | Money Market Account (Interest Earn - ********5795 | 24,274.65 | 0.00 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********5960 | 0.00 | 24,274.65 | 0.00 |
| Total Memo Allocation Net: | 24,273.47 | | 24,274.65 | 24,274.65 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.04e